1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF TENNESSEE

3             MEMPHIS DIVISION

4   _____

5  KENNETH E. SAVAGE, JR.,     )
                         )

6      Plaintiff,       )
                         )

7  VS.                 )2:14-cv-02057-STA-dkv
                         )

8  FEDERAL EXPRESS CORPORATION   )
  d/b/a FEDEX EXPRESS, FEDEX   )

9  CORPORATION EMPLOYEES' PENSION)
  PLAN, FEDEX CORPORATION      )

10  RETIREMENT SAVINGS PLAN,    )
                         )

11      Defendants.       )

12  _____

13

14          VIDEOTAPE DEPOSITION

15              OF

16        KENNETH E. SAVAGE, JR.

17

18          JUNE 1, 2015

19

20

21

22

23

24

25


Exhibit A

1                        STIPULATIONS

2

3          The videotape deposition of Kenneth E.

4    Savage, Jr., is taken on this, the 1st day of June,

5    2015, on behalf of the Defendants, pursuant to

6    notice and consent of counsel, beginning at

7    approximately 9:25 a.m. in the offices of FedEx

8    Express, 3620 Hacks Cross Road, Building B, Third

9    Floor, Memphis, Tennessee  38125.

10          This deposition is taken pursuant to the

11   terms and provisions of the Federal Rules of Civil

12   Procedure.

13          The signature of the witness is waived.

14

15

16

17

18

19

20

21

22

23

24

25



KENNETH E. SAVAGE, JR.                                    June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                            3

```
 1                    A P P E A R A N C E S

 2

 3

 4    ON BEHALF OF THE PLAINTIFF:

 5                    JOSEPH A. NAPILTONIA, ESQ.
                      HARDEE, MARTIN & DONAHOE, P.A.
 6                    219 Third Avenue North
                      Franklin, Tennessee  37064
 7                    Phone: (615) 734-1199
                      joenap@navyseallawyer.com
 8

 9    ON BEHALF OF THE DEFENDANTS:

10                    DAVID P. KNOX, ESQ.
                      FEDEX EXPRESS
11                    3620 Hacks Cross Road
                      Building B
12                    Third Floor
                      Memphis, Tennessee  38125
13                    Phone: (901) 434-9279
                      david.knox@fedex.com
14

15                    TERRENCE O. REED, ESQ.
                      FEDEX EXPRESS
16                    3620 Hacks Cross Road
                      Building B
17                    Second Floor
                      Memphis, Tennessee  38125
18                    Phone: (9901) 434-8603
                      terrence.reed@fedex.com
19

20    ALSO PRESENT:

21

22                    Todd Davis, videographer

23

24

25
```



KENNETH E. SAVAGE, JR.                                        June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                                4

```
 1              E X A M I N A T I O N   I N D E X

 2

 3

 4    KENNETH E. SAVAGE,

 5    Examination By Mr. Knox                    5

 6    Examination By Mr. Napiltonia              290

 7    Examination By Mr. Knox                    331

 8    Examination By Mr. Napiltonia              350

 9

10                     E X H I B I T S

11    Exhibit No. 1                   20
      Exhibit No. 2                   94
12    Exhibit No. 3                  100
      Exhibit No. 4                  118
13    Exhibit No. 5                  129
      Exhibit No. 6                  134
14    Exhibit No. 7                  139
      Exhibit No. 8                  144
15    Exhibit No. 9                  180
      Exhibit No. 10                 189
16    Exhibit No. 11                 199
      Exhibit No. 12                 206
17    Exhibit No. 13                 208
      Exhibit No. 14                 212
18    Exhibit No. 15                 221
      Exhibit No. 16                 222
19    Exhibit No. 17                 230
      Exhibit No. 18                 231
20    Exhibit No. 19                 232
      Exhibit No. 20                 238
21    Exhibit No. 21                 239
      Exhibit No. 22                 246
22    Exhibit No. 23                 265
      Exhibit No. 24                 266
23    Exhibit No. 25                 279
      Exhibit No. 26                 306
24    Exhibit No. 27                 317
      Exhibit No. 28                 352
25
```



1    about an hour now.  Does anybody object to a

2    break?

3            MR. KNOX:  No.  We can take a -- this is

4    as good a stopping point as any.  We will go

5    off the record.

6            THE VIDEOGRAPHER:  The time is 10:35.  We

7    are off the record.

8                    (A recess was taken, and the

9                    deposition continued as

10                   follows:)

11           THE VIDEOGRAPHER:  The time is 10:46.  The

12   -- we are back on the record.

13   BY MR. KNOX:

14       Q    All right.  When we took a break, you

15   mentioned that you had talked to Amy Siler and

16   Krishna Shukla in the benefits department about this

17   difference in your benefits calculation in the May

18   to June time frame of 2012.  Is that right?

19       A    Yes, sir.

20       Q    Okay.  Did I say all of that correctly?

21       A    I think so.  Yes.

22       Q    Okay.  And did you get a response back

23   from them?

24       A    They -- they basically told me that I

25   would have to go through the FedEx retirement



1     center, that they no longer really handled these

2     issues, that it had all been given to the FedEx

3     retirement center.

4          Q     Okay.

5          A     And so I tried to contact somebody there,

6     and that was kind of it because I went on military

7     duty in August.  I did, I think, two weeks in

8     August.  And then in September I was terminated.

9          Q     Okay.  So you tried to contact somebody at

10    the FedEx retirement center?

11         A     Yes, sir.  It was just a customer service

12    number, is all they gave me.

13         Q     Okay.  And you --

14         A     I talked to a customer service agent, and

15    they said that they would make a report of it, and I

16    never heard anything else from them to be honest.

17    Never.

18         Q     Did you follow up with them at all?

19         A     I did.

20         Q     When?

21         A     Around the 1st of August because I left.

22    It was either the second week or the third week of

23    August I left for military duty.  And then when I

24    came back from military duty like around the 1st of

25    September time frame -- shortly thereafter, I was



1    terminated.  So after the 1st of August, I didn't

2    follow up after that because I wasn't here.

3         Q    Okay.  Do you know who you talked to at

4    the retirement service center?

5         A    No, sir.  Customer service.

6         Q    Okay.  And you say you -- was it like an

7    800 number?

8         A    Yes, sir.  It was on the website.  You

9    know, you can log in to your account on the website.

10   That's how -- that's -- they gave me the same number

11   that was on the website.  This Amy and --

12        Q    And Krishna?

13        A    Krishna.

14        Q    Okay.  So you had accessed the website

15   before.  Is that --

16        A    Yes, sir.

17        Q    -- true?

18        A    Yes.

19        Q    Okay.  And there is a phone number and

20   some contact options, I guess, on the website.  Is

21   that correct?

22        A    Yes, sir.

23        Q    And when you spoke with Amy and Krishna,

24   they told you to contact the retirement -- the

25   retirement center.  Is that right?



1      A    Yes, sir.

2      Q    And the information they gave you on how

3  to contact the retirement center is basically the

4  same information that was on the website.  Is that

5  fair?

6      A    I don't recall.  It was hard to find a

7  number on the website, as I recall.  The website

8  wasn't as usual user-friendly as what it was -- what

9  it is today.

10     Q    Okay.  But I thought you said that Amy and

11 Krishna had given you the information to contact

12 them as well.

13     A    They did.  Yes, sir.

14     Q    Okay.  And so you placed a phone call to

15 the retirement center and spoke to a customer

16 service agent?

17     A    Yes, sir.

18     Q    And they said they would look into it?

19     A    Yes, sir.

20     Q    And you never heard back from them?

21     A    No, sir.

22     Q    And you didn't follow up with them?

23     A    I did follow up in August, but I did not

24 talk to the same individual.  I mean, it was just a

25 customer service --



KENNETH E. SAVAGE, JR.                                    June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                              70

```
 1        Q     Okay.
 2        A     And they didn't have any new information
 3   for me.
 4        Q     And your follow-up was in early August --
 5        A     Yes, sir.
 6        Q     -- before you went out on military leave?
 7        A     Yes, sir.
 8        Q     Okay.  Do you remember when you tried to
 9   contact them the first time?
10        A     It was like the first week of June
11   because, like I explained before the break, we got
12   our statement the 1st of June for the year prior.
13              And the year prior was 2011, and that
14   is when I did 90 days of military duty, and that is
15   where I noticed the disparity.
16              So that -- that makes sense to me.
17   It was right after the June statement came out.
18        Q     Okay.  That is just your best
19   recollection?
20        A     Yes, sir.
21        Q     Okay.  All right.  So in terms of policies
22   and practices that you complained about -- to
23   summarize, you talked about the shift bid and the
24   military leave of absence back in 2007/2008.
25              You talked about the overtime policy
```



1    back in 2004.

2              There were some issues raised by, I

3    guess, you and Cliff when the plan changed -- the

4    pension plan changed back in 2008.

5         A    Yes, sir.

6         Q    And then in 2012, you were discussing

7    pension accounts with some coworkers, and it came to

8    your attention that maybe your pension account

9    wasn't calculated the same as theirs or wasn't as

10   high as theirs.  Is that correct?

11        A    Yes, sir.

12        Q    And that was in the 2012 time frame?

13        A    Yes, sir.

14        Q    And as a result of that, you talked to

15   management in HR.  They told you to talk to the

16   benefits department, and the benefits department

17   told you to talk to the retirement center.  Is that

18   right?

19        A    Yes, sir.

20        Q    Okay.  All right.  Any other policies or

21   practices or anything else that you complained

22   about?

23        A    My Vanguard account, too.  I think that is

24   called the retirement savings plan.  Around the same

25   time frame, I noticed that was wrong as well.



KENNETH E. SAVAGE, JR.                              June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                     169

1   two days prior to my wife shipping those two items

2   that I told you about.

3        Q    Why did you send it to Patricia Williams?

4        A    She was my -- she was the investigator in

5   my case.

6        Q    Okay.  So she is the one that you actually

7   met with when you -- when you were interviewed about

8   this?

9        A    Yes, sir.  She was the one who contacted

10  my supervisor and interviewed me at security.

11       Q    Okay.  Are those two items that were

12  shipped -- are those the only two items that your

13  wife had ever shipped using your employee discount?

14       A    No, sir.

15       Q    Had she been -- you said y'all were

16  cleaning out your attic and getting rid of stuff.

17            Had y'all been doing that over a

18  period of time?

19       A    Yes.

20       Q    I believe y'all were either short-selling

21  your house at the time or preparing to.  Right?

22       A    We were -- had it on the market.  I mean,

23  yes.  We were downsizing.

24       Q    How much stuff were y'all shipping?

25       A    It was sporadic.  I mean, she was doing



KENNETH E. SAVAGE, JR.                                June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                      170

1    most of the shipping. to be quite honest with you.

2    If I had to guess, maybe four to six items a month

3    at the most.

4         Q    And these were items -- who was she

5    shipping them to?

6         A    Well, like I told security, things that we

7    had sold on Ebay or Craigslist.  And some of the

8    stuff were to friends, you know.  I had some family

9    items that I didn't necessarily want to get rid of,

10   and I had shipped them to some family, you know,

11   members.  Stuff that, you know, I didn't want to

12   sell, but I didn't want to get rid of it either.

13        Q    Some of the stuff you were just giving to

14   your family members and shipping it out to them?

15        A    I have a cousin who I gave some stuff to

16   that lives out of town.

17        Q    What about friends?  Stuff you were just

18   giving to them?

19        A    Yes, sir.

20        Q    Okay.  So you had some items that you were

21   giving away to friends and family that you shipped

22   them out on, and then there were some items that you

23   were selling, you know, on Ebay, Craigslist, or

24   stuff just through the paper?

25        A    I think it was just Ebay and Craigslist.



KENNETH E. SAVAGE, JR.                      June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                171

```
 1    That is what she was using.
 2         Q    And whoever happened to buy whatever it is
 3    that you were selling --
 4         A    Correct.
 5         Q    -- you would ship the item out to them
 6    using your employee discount?
 7         A    Yes, sir.
 8         Q    Okay.
 9         A    One thing I would like to add if I may --
10         Q    Sure.
11         A    -- is I never charged anybody for the
12    shipping, and I made that perfectly clear in my
13    appeals as well.  That was a violation of the
14    policy, old or new.
15              And so when we sold something, it was
16    always free shipping because my wife and I paid for
17    the shipping and used my FedEx discount.  That is
18    how that worked.
19         Q    Okay.
20         A    And I believe that was one of the
21    questions that Patricia William had asked me in my
22    interview.
23         Q    Okay.  So when you would put it on
24    Craigslist or Ebay or wherever you were selling it,
25    you would advertise it as free shipping?
```



1      A    Yes, sir.

2      Q    How long were you doing -- how long were

3  you going through the process of cleaning out your

4  attic and whatnot?

5      A    Well, we started cleaning out the house in

6  like February and March because we were going to put

7  the house up for sale at the end of the school year.

8  So we were looking -- I think we put the house up

9  for sale like in May.  So we might have started as

10 early as like March.

11     Q    Okay.

12     A    Something like that.

13     Q    Now, you say Patricia Williams interviewed

14 you over this.  Right?

15     A    Yes, sir.

16     Q    How did that interview go?

17     A    They contacted my manager, and my manager

18 contacted me.  I was actually temporarily assigned

19 to the continuous improvement team at the time.

20     Q    Okay.

21     A    So they gave me a call and said, "Hey, I

22 need you to go to security and talk to a Patricia

23 Williams there."

24          This was like the brand new security

25 building that is over off of Democrat.



1    Pablo Melgar, and Will McGowans.

2          A     Correct.

3          Q     Okay.  And we have already talked about

4    Alonzo Smith, and we have his deposition.  Right?

5          A     Right.

6          Q     What do you know about Pablo Melgar?

7          A     Pablo was actually -- at the time had

8    transferred to Miami.  He and I went to college

9    together at Embry-Riddle while working at FedEx, and

10   I had heard that he had, you know, been in trouble

11   with the shipping violation.

12               And I called him immediately after

13   being suspended, and he basically told me that, you

14   know, he had been terminated back in May of 2012 for

15   a shipping violation -- shipping policy violation

16   and GFTed it on the second time and got his job

17   back.

18               And he basically told me that his

19   situation was he had an unauthorized use of his

20   shipping benefit and that that is the violation he

21   had.

22         Q     Did he explain what kind of unauthorized

23   use?

24         A     Yes.  He told me that he had let a

25   girlfriend use his shipping account to ship some



1    items, and that is what was called into question.

2         Q    Any idea how many items he had shipped?

3         A    It was several, but I don't think the

4    quantity was the issue.  I think it was the fact

5    that he didn't -- he let somebody use his account.

6    That was the issue.

7         Q    Okay.

8         A    That is what he told me, and that is what

9    FedEx had told him, I think.

10        Q    Was he in Miami at the time?

11        A    Yes, sir.

12        Q    Do you know who he reported to?

13        A    Dana Jones.

14        Q    So Dana Jones was in Miami in 2012?

15        A    He had evidently gotten transferred down

16   there.

17        Q    So everything you know about Pablo Melgar

18   is based on what he told you?

19        A    Yes, sir.

20        Q    Okay.

21        A    He actually helped me with my GFT because

22   he had done two of them himself, and it hadn't been

23   but several months prior.

24        Q    Okay.

25        A    He was a really big help in explaining the



1              So those people had to have had

2    something to do with my investigation while I was

3    off for eight days.

4        Q     And your managing director would be

5    Maureen Patton?

6        A     Yes, sir.

7        Q     Okay.  Well, other than just your own

8    personal suspicions, do you have any evidence that

9    suggest Maureen Patton was involved in this at all?

10       A     She did, as per the policy, the GFT

11   policy, have a conference call with me between the

12   time that I submitted my GFT-1 package and the time

13   that my GFT-1 decision letter was given.  And it

14   didn't seem very positive to me.  It wasn't a

15   positive conversation.

16             I can't remember all the context to

17   it, but Troy Turnipseed was on the phone.  Maureen

18   was on the phone.  And Tommy Lott was on the phone,

19   and I -- I believe my senior manager at the time

20   Mike Anello was on the phone, but I can't recall.

21             But, I mean, it just seemed like a

22   very one-sided conversation.  And given -- in light

23   of events that I had talked to Pablo about when he

24   had his conference call, it just didn't seem like it

25   was going to go my way.



KENNETH E. SAVAGE, JR.
SAVAGE VS FEDERAL EXPRESS

June 01, 2015
219

1     Q   Did he have a conference call with Maureen

2   and Troy and Tommy and Mike?

3     A   Well, he had a conference call, I believe,

4   with Maureen.  But his other managers were different

5   because he was in Miami --

6     Q   Okay.

7     A   -- at that point in time.  But the same

8   process was given to him as it was given to me.

9     Q   Okay.  So what was said that made you

10  think this was bad or made you think that these

11  folks were --

12     A   It just didn't seem like there was much of

13  an investigation that had gone on.  It didn't seem

14  like they really cared to hear my side of the story.

15  It was basically you violated a policy, and

16  everything else that you have ever done we are not

17  going to worry about, and we are going to fire you.

18           And, you know, my military service I

19  didn't even find out was brought up until the third

20  GFT, and I brought that out in my DOL investigation,

21  that there were aspects of my military career leave

22  of absences that were considered in that decision.

23     Q   In what decision?

24     A   The third GFT appeal as part of the

25  package that is presented to the board.



KENNETH E. SAVAGE, JR.                          June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                  354

1               C E R T I F I C A T E

2

3    STATE OF TENNESSEE:
     COUNTY OF SHELBY:

4

5           I, Takiyah Sanders, Court Reporter and
     Notary Public, Shelby County, Tennessee, CERTIFY:

6

            The foregoing proceedings were taken
7    before me at the time and place stated in the
     foregoing styled cause with the appearances as

8    noted.

9           Being a Court Reporter, I then reported
     the proceeding in Stenotype, and the foregoing pages
10   contain a true and correct transcript of my said
     Stenotype notes then and there taken.

11

            I am not in the employ of and am not
12   related to any of the parties or their counsel, and
     I have no interest in the matter involved.

13

            I FURTHER CERTIFY that this transcript is
14   the work product of this court reporting agency and
     any unauthorized reproduction and or transfer of it
15   will be in violation of Tennessee Code Annotated
     39-14-104, Theft of Services.

16

            Witness my signature, this 14th day
17   of June, 2015.

18

19   Takiyah Sanders, CSR, LCR
     License No. 486

20

21

22

23

24

25

