IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

---

KENNETH E. SAVAGE, JR.,

    PLAINTIFF,

VS.                    NO. 2:14-cv-02057-STA-dkv

FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS, FEDEX
CORPORATION EMPLOYEES' PENSION
PLAN, FEDEX CORPORATION RETIREMENT
SAVINGS PLAN,

    DEFENDANTS.

---

DEPOSITION

OF

AMY HUTCHISON

JUNE 2, 2015

TAMMY WENDEL, LCR, CCR
4735 Beech Bluff Road
Beech Bluff, Tennessee 38313
(C) 731-935-9960   (O) 731-935-0094
wendel.reporting@gmail.com

Exhibit C

1           The deposition of AMY HUTCHISON is

2    taken on this, the 2nd day of June, 2015, on

3    behalf of the Plaintiff, pursuant to notice and

4    consent of counsel, beginning at approximately

5    1:57 p.m. at FedEx World Headquarters, 3620

6    Hacks Cross Road, Building B, Memphis,

7    Tennessee.

8           This deposition is taken pursuant to

9    the terms and provisions of the Tennessee Rules

10   of Civil Procedure.

11          All forms and formalities, including

12   the signature of the witness, are waived, and

13   objections alone as to matters of competency,

14   irrelevancy and immateriality of the testimony

15   are reserved to be presented and disposed of at

16   or before the hearing.

17

18

19

20

21

22

23

24

1                    A P P E A R A N C E S

2


3    ON BEHALF OF THE PLAINTIFF:

4         JOSEPH NAPILTONIA
          ATTORNEY AT LAW
5         22515 BANISTER
          SAN ANTONIO, TEXAS   78259
6         615.336.6882

7


8    ON BEHALF OF THE DEFENDANTS:

9         DAVID P. KNOX
          FEDEX EXPRESS
10        SENIOR COUNSEL-LITIGATION
          3620 HACKS CROSS ROAD
11        BUILDING B, THIRD FLOOR
          MEMPHIS, TENNESSEE   38125
12        901.434.6286

13

14

15

16

17

18

19

20

21

22

23

24

4

1                          I  N  D  E  X

2

Direct Examination
3       By Mr. Napiltonia..........................5

4

5

6

7

8

9                     E  X  H  I  B  I  T  S

10

11              (NO EXHIBITS MARKED)

12

13

14

15

16

17

18

19

20                                                    P A G E

21   COURT REPORTER'S CERTIFICATE...................22

22

23

24

14

1          A.   Yes.

2          Q.   And then after 2014, who calculated

3    it?

4          A.   Aon Hewitt.

5          Q.   Okay.   Where is Aon Hewitt located?

6          A.   The office that does the calculations

7    is in Woodlands, Texas.

8          Q.   Up in the Houston area?

9          A.   Yes.

10          Q.   I'm familiar with it.   And it's just

11    Aon Hewitt?

12          A.   Yes.

13          Q.   What relation, if any -- because in

14    the documents that I've been provided by FedEx,

15    I see -- and actually in the discovery, too, it

16    states something to the effect of Mercer by way

17    of or care of the FedEx Retirement Services

18    Center.

19          A.   (Witness nods head affirmatively.)

20          Q.   What is the FedEx Retirement Services

21    Center as it relates to Mercer?

22          A.   The FedEx Retirement Service Center

23    is Mercer.

24          Q.   Oh, it is?

15

1          A.    Yes.   It's a specific group within

2     Mercer.

3          Q.    I apologize.   I'm a little bit

4     confused.   So Mercer -- is Mercer the company

5     owned by FedEx?

6          A.    No.

7          Q.    Okay.   That's a separate entity?

8          A.    Yes.

9          Q.    And you testified earlier it's an

10    actuarial firm?

11         A.    That's correct.

12         Q.    But -- and correct me if I'm wrong --

13    I guess FedEx has so many employees that Mercer

14    has dedicated a division or a work group or

15    something?

16         A.    That is true.   They dedicated a work

17    group.

18         Q.    Okay.   All right.   And the reason I

19    say that is when I've called -- in the plan

20    documents, when I've called the numbers to try

21    to ascertain addresses, it gets confusing

22    because I'll call, for example, Aon Hewitt and

23    they'll refer me to the FedEx Retirement

24    Services Center.

1          A.   We have a FedEx Retirement Service

2     Center at Aon Hewitt now, as well.

3          Q.   Yeah.   Okay.   So that's the

4     connection.

5          A.   (Witness nods head affirmatively.)

6          Q.   Are these individuals at the FedEx

7     Retirement Services Center, for example, and

8     Aon Hewitt -- I'm just talking about the people

9     who do the calculations.

10         A.   Uh-huh (affirmative response).

11         Q.   Are those FedEx employees or Aon

12    Hewitt employees?

13         A.   They are not FedEx employees.  They

14    are either Mercer or Aon Hewitt employees.

15         Q.   Okay.   Do you know the specific

16    addresses to where -- physically where Mercer

17    and where Aon Hewitt is located?

18              MR. KNOX:   Joe, I don't mean to

19         interrupt, but what topic are we under

20         here?   Because it sounds like we're

21         getting away from the topics.   I mean, I

22         understand you want the information, and,

23         again, you know, if it fits within a

24         topic, okay.   Otherwise, I'm going to

22

C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF MADISON:

        I, TAMMY W. WENDEL, LCR, and Notary Public, Madison County, Tennessee, CERTIFY:

        The foregoing proceedings were taken before me at the time and place stated in the foregoing styled cause with the appearances as noted.

        Being a Court Reporter, I then reported the proceeding in Stenotype, and the foregoing pages contain a true and correct transcript of my said Stenotype notes then and there taken.

        I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

        I further certify that in order for this document to be considered a true and correct copy, it must bear my original signature and that any reproduction in whole or in part of this document is not authorized and not to be considered authentic. Unauthorized reproduction and/or transfer will be in violation of Tennessee Code Annotated 39-14-149, Theft of Services.

        Witness my signature this the _____ day of _____, 2015.

                      _____
                      TAMMY W. WENDEL, LCR

Notary Public at Large
For the State of Tennessee
My Commission Expires:
February 24, 2016