IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| KENNETH E. SAVAGE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL EXPRESS CORPORATION )<br>d/b/a FEDEX EXPRESS, FEDEX )<br>CORPORATION EMPLOYEES' )<br>PENSION PLAN; FEDEX )<br>CORPORATION RETIREMENT )<br>SAVINGS PLAN, )<br>)<br>Defendants. ) | Case No. 2:14-cv-02057-STA-dkv |

## SUPPLEMENTAL DECLARATION OF TROY TURNIPSEED

I, Troy D. Turnipseed, hereby declare and state under penalty of perjury as follows:

1.  I am a resident of Cordova, Shelby County, Tennessee. I am over 21 years of age, and I am competent to make this Declaration. I make this Declaration from my personal knowledge. I began my employment with FedEx Express on November 14, 2005 as a Senior Aircraft Maintenance Technician in the Memphis Aircraft Line Maintenance department. I am currently employed at FedEx Express as a Manager of Aircraft Maintenance in Memphis, Tennessee. I was Kenneth Savage's direct manager from 2008 until September 20, 2012. While I was Mr. Savage's manager, I was not aware that he ever complained about the way FedEx treated its employees who served in the military.

2.  During the time that I was Mr. Savage's manager, I always granted him leave from FedEx to fulfill his military obligations. I even helped him get authorization to fly on FedEx planes to get to and from the locations where he performed his military service. Mr. Savage always gave me several weeks notice before he took his military leaves of absence, including the military leave that he took from July 29, 2012 through August 10, 2012.

Exhibit D

I declare under penalty of perjury under the laws of the State of Tennessee, and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Troy D. Turnipseed