IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

---

KENNETH E. SAVAGE, JR.,

    PLAINTIFF,

VS.                      NO. 2:14-cv-02057-STA-dkv

FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS, FEDEX
CORPORATION EMPLOYEES' PENSION
PLAN, FEDEX CORPORATION RETIREMENT
SAVINGS PLAN,

    DEFENDANTS.

---

DEPOSITION

OF

JOFFRE DISABATINO

FEBRUARY 13, 2015

TAMMY WENDEL, LCR, CCR
4735 Beech Bluff Road
Beech Bluff, Tennessee 38313
(C) 731-935-9960   (O) 731-935-0094
wendel.reporting@gmail.com

Exhibit E

1                The deposition of JOFFRE DISABATINO
2      is taken on this, the 13th day of February,
3      2015, on behalf of the Plaintiff, pursuant to
4      notice and consent of counsel, beginning at
5      approximately 9:16 a.m. at FedEx World
6      Headquarters, 3620 Hacks Cross Road, Building
7      B, Memphis, Tennessee.
8                This deposition is taken pursuant to
9      the terms and provisions of the Tennessee Rules
10     of Civil Procedure.
11               All forms and formalities, including
12     the signature of the witness, are waived, and
13     objections alone as to matters of competency,
14     irrelevancy and immateriality of the testimony
15     are reserved to be presented and disposed of at
16     or before the hearing.

```
 1                A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4        JOSEPH NAPILTONIA
          ATTORNEY AT LAW
 5        22515 BANISTER
          SAN ANTONIO, TEXAS   78259
 6        615.336.6882

 7

 8   ON BEHALF OF THE DEFENDANTS:

 9        DAVID P. KNOX
          FEDEX EXPRESS
10        SENIOR COUNSEL-LITIGATION
          3620 HACKS CROSS ROAD
11        BUILDING B, THIRD FLOOR
          MEMPHIS, TENNESSEE   38125
12        901.434.6286

13

14   ALSO PRESENT:

15        KENNETH E. SAVAGE, JR.

16

17

18

19

20

21

22

23

24
```

1                          I N D E X

2

3    Direct Examination
         By Mr. Napiltonia............................5

4    Cross Examination
         By Mr. Knox.................................45

5

6

7

8

9

10                        E X H I B I T S

11

12   Exhibit 12 Communications Committee
                Meeting Minutes
13              September 24-26, 2012..............45

14   Exhibit 13 E-mail Correspondence
                Between Disabatino & Savage........45

15

16

17

18

19

20

21

22
                                                      PAGE
23
     COURT REPORTER'S CERTIFICATE...................47
24

```
 1    that changed.
 2         Q.   I mean, where do you find that
 3    document at?
 4         A.   It would be -- no, it would be in the
 5    policy, wherever the policy is, and they're all
 6    on-line now.
 7         Q.   In 2012, were they on-line?
 8         A.   I believe they were.
 9         Q.   Okay.
10         A.   I -- I -- I think they might have --
11    we might have had -- I don't know if there was
12    any hard copies at that time.  They probably
13    all were electronic.
14         Q.   Do you remember any other FedEx
15    employees being disciplined, to include
16    termination, for violating the Reduced Rate
17    Shipping Policy at FedEx in the entire time
18    that you've been employed there?
19         A.   Yes.
20         Q.   Who do you recall being disciplined?
21         A.   Pablo Melgar.  I think that's how you
22    say his last name.
23         Q.   Okay.  Who else?
24         A.   That's it.
```

1  Q.  What was the issue with Pablo Melgar?
2  A.  I -- I can't answer that. I'm not --
3  Q.  You don't know the specifics?
4  A.  I would not speculate on the
5  specifics with him or anybody.
6  Q.  I don't want you to speculate. Tell
7  me what you recall hearing. I'm not asking you
8  to speculate, just what -- you know, talk over
9  the water cooler in the shop. What do you
10 recall people saying about Pablo and the
11 Reduced Rate Shipping Policy?
12 A.  I'm not so sure I'd like to discuss
13 that. I don't have -- obviously, I -- I don't
14 know if I -- do I have to answer that?
15         MR. KNOX:  He asked you a question
16     about, you know, what you heard, so, yes,
17     if you can recall anything that you
18     heard, then answer the question and tell
19     him what you heard.
20         THE WITNESS:  Okay.
21 A.  Over the water cooler, I might have
22 heard that Pablo's girlfriend shipped a package
23 internationally.
24 Q.  And what ended up happening with

C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF MADISON:

       I, TAMMY W. WENDEL, LCR, and Notary Public, Madison County, Tennessee, CERTIFY:

       The foregoing proceedings were taken before me at the time and place stated in the foregoing styled cause with the appearances as noted.

       Being a Court Reporter, I then reported the proceeding in Stenotype, and the foregoing pages contain a true and correct transcript of my said Stenotype notes then and there taken.

       I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

       I further certify that in order for this document to be considered a true and correct copy, it must bear my original signature and that any reproduction in whole or in part of this document is not authorized and not to be considered authentic. Unauthorized reproduction and/or transfer will be in violation of Tennessee Code Annotated 39-14-149, Theft of Services.

       Witness my signature this the _____ day of _____, 2015.

                          _____
                          TAMMY W. WENDEL, LCR

Notary Public at Large
For the State of Tennessee
My Commission Expires:
February 24, 2016