IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

---

KENNETH E. SAVAGE, JR.,

    PLAINTIFF,


VS.             NO. 2:14-cv-02057-STA-dkv


FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS, FEDEX
CORPORATION EMPLOYEES' PENSION
PLAN, FEDEX CORPORATION RETIREMENT
SAVINGS PLAN,

    DEFENDANTS.

---


DEPOSITION

OF

SEAN DRIVER

JUNE 2, 2015


TAMMY WENDEL, LCR, CCR
4735 Beech Bluff Road
Beech Bluff, Tennessee 38313
(C) 731-935-9960   (O) 731-935-0094
wendel.reporting@gmail.com


Exhibit F

```
1              The deposition of SEAN DRIVER is
2     taken on this, the 2nd day of June, 2015, on
3     behalf of the Plaintiff, pursuant to notice and
4     consent of counsel, beginning at approximately
5     9:10 a.m. at FedEx World Headquarters, 3620
6     Hacks Cross Road, Building B, Memphis,
7     Tennessee.
8              This deposition is taken pursuant to
9     the terms and provisions of the Tennessee Rules
10    of Civil Procedure.
11             All forms and formalities, including
12    the signature of the witness, are waived, and
13    objections alone as to matters of competency,
14    irrelevancy and immateriality of the testimony
15    are reserved to be presented and disposed of at
16    or before the hearing.
17
18
19
20
21
22
23
24
```

```
 1                    A P P E A R A N C E S

 2


 3    ON BEHALF OF THE PLAINTIFF:

 4          JOSEPH NAPILTONIA
            ATTORNEY AT LAW
 5          22515 BANISTER
            SAN ANTONIO, TEXAS  78259
 6          615.336.6882

 7


 8    ON BEHALF OF THE DEFENDANTS:

 9          DAVID P. KNOX
            FEDEX EXPRESS
10          SENIOR COUNSEL-LITIGATION
            3620 HACKS CROSS ROAD
11          BUILDING B, THIRD FLOOR
            MEMPHIS, TENNESSEE  38125
12          901.434.6286

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    I N D E X

 2
     Direct Examination
 3       By Mr. Napiltonia.........................5

 4   Cross Examination
         By Mr. Knox............................124
 5

 6

 7
                    E X H I B I T S
 8                                          PAGE

 9   Exhibit 26 Plaintiff's Amended Notice of
                F.R.C.P. 30(b)(6) Corporate
10              Representative Deposition(s)
                Of Defendants.......................7
11
     Exhibit 27 The People Manual
12              7-35 Reduced-Rate Shipping
                And FedEx Office Discount.........13
13
     Exhibit 28 The People Manual
14              2-5 Acceptable Conduct............14

15   Exhibit 29 HR Online
                Reduced-Rate Shipping and
16              FedEx Office Discount 7-35........30

17   Exhibit 30 Hand-drawn Diagram..............103

18   Exhibit 31 FedEx Table of Employees That
                Allegedly Violated Employee
19              Reduced Rate Shipping Policy
                (September 2010-September 2012)..123
20

21

22
                                          PAGE
23
     COURT REPORTER'S CERTIFICATE ..............127
24
```

TAMMY W. WENDEL, LCR, CCR
(731) 935-9960

1    Q.   "Terminated/resigned, disposition."
2  What does that mean?
3    A.   The employee was terminated and/or
4  resigned due to the investigation.
5    Q.   So based on the table you've given
6  me, at every place that it says
7  "terminated/resigned," there's no way for me to
8  tell whether or not the employee -- he either
9  resigned or was terminated, correct?
10    A.   Correct.
11    Q.   Okay.  Thank you.  And is that
12  because the -- well, you tell me.  It says
13  "terminated/resigned."  Are employees offered
14  the opportunity to resign?
15    A.   The employees do have the right to
16  resign.
17    Q.   Even while under investigation?
18    A.   An employee can resign at any time.
19    Q.   All right.  Now, let's go back to
20  where it says "Date Pulled."  Do you see that?
21    A.   Yes.
22    Q.   August 31st, 2012, and it says it was
23  in the second quarter.  Is August in the second
24  quarter?

127

1                    C E R T I F I C A T E

2


3   STATE OF TENNESSEE:

4   COUNTY OF MADISON:

5

            I, TAMMY W. WENDEL, LCR, and Notary
6   Public, Madison County, Tennessee, CERTIFY:

7           The foregoing proceedings were taken
    before me at the time and place stated in the
8   foregoing styled cause with the appearances as
    noted.
9
            Being a Court Reporter, I then
10  reported the proceeding in Stenotype, and the
    foregoing pages contain a true and correct
11  transcript of my said Stenotype notes then and
    there taken.
12
            I am not in the employ of and am not
13  related to any of the parties or their counsel,
    and I have no interest in the matter involved.
14
            I further certify that in order for
15  this document to be considered a true and
    correct copy, it must bear my original
16  signature and that any reproduction in whole or
    in part of this document is not authorized and
17  not to be considered authentic.  Unauthorized
    reproduction and/or transfer will be in
18  violation of Tennessee Code Annotated
    39-14-149, Theft of Services.
19
            Witness my signature this the _____
20  day of _____, 2015.

21
                        _____
                        TAMMY W. WENDEL, LCR
22
    Notary Public at Large
23  For the State of Tennessee
    My Commission Expires:
24  February 24, 2016

                    TAMMY W. WENDEL, LCR, CCR
                        (731) 935-9960