```
 1
 2              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
 3                       MEMPHIS DIVISION

 4
    KENNETH E. SAVAGE, JR.,        )
 5                                 )
              Plaintiff,           )
 6                                 )
         vs.                       )   2:14-cv-02057-STA-dkv
 7                                 )
    FEDERAL EXPRESS CORPORATION,   )
 8  d/b/a FEDEX EXPRESS, FEDEX     )
    CORPORATION EMPLOYEES'         )
 9  PENSION PLAN, FEDEX            )
    CORPORATION RETIREMENT         )
10  SAVINGS PLAN,                  )
                                   )
11            Defendants.          )

12
13      F.R.C.P. 30(b)(6) CORPORATE REPRESENTATIVE DEPOSITION
                       OF MS. LINDA DANIEL
14
                         June 3, 2015
15
16                   A P P E A R A N C E S
17  For the Plaintiff:        MR. JOSEPH NAPILTONIA
                              Attorney at Law
18                            22515 Banister
                              San Antonio, Texas   78259
19
    For the Defendants:       MR. DAVID P. KNOX
20                            Federal Express
                              Building B, Third Floor
21                            3620 Hacks Cross Road
                              Memphis, Tennessee 38125
22
23              SCHAFFER REPORTING SERVICE
                  JILL A. SCHAFFER, RPR
24                    P.O. Box 3214
                Jackson, Tennessee 38303
25                  (731) 668-6880
```

Exhibit H

```
 1                    The F.R.C.P. 30(b)(6) Corporate
 2    Representative Deposition of MS. LINDA DANIEL was taken
 3    at the instance of the Plaintiff, pursuant to notice,
 4    on the 3rd day of June, 2015, beginning at
 5    approximately 11:29 a.m. and ending at approximately
 6    11:41 a.m., at the offices of Federal Express, Memphis,
 7    Tennessee, for use pursuant to the Federal Rules of
 8    Civil Procedure before Jill A. Schaffer, Registered
 9    Professional Reporter, Licensed Court Reporter, and
10    Notary Public for the State of Tennessee.
11                    Counsel stipulated that all objections,
12    except as to the form of the questions, were reserved
13    to on or before the hearing and that all forms and
14    formalities, including the reading and signing of the
15    completed deposition by the witness, were expressly
16    waived.
17
                              - - - - -
18
19                              I N D E X
20    Examination by Mr. Napiltonia                Page     3
21    Reporter's Certificate                                13
22
                              - - - - -
23
24
25
```

1   see. And -- and within my department, then I'm -- I'm
2   responsible for -- for a number of benefit systems
3   and -- and processes that go on within that, but a
4   senior -- a senior member of the staff.
5   Q   Okay. How long have you been with FedEx?
6   A   28 years.
7   Q   All right. What did you do to prepare for your
8   deposition today?
9   A   I looked at the communication that was in our
10  system that went to the employee. And I looked at our
11  information related to the benefits that he had because
12  I wasn't certain when I started looking and looked at
13  information related to any calls that he -- he might
14  have had with our agents about his benefits.
15  Q   All right. Well, let's start with any
16  investigation that was done. What investigation was
17  done into this matter?
18  A   None.
19  Q   Okay. And why is that?
20  A   Because there's no call from the employee about
21  this matter.
22  Q   Okay. All right. So it's -- it's the defendants'
23  position that Mr. Savage never called anybody at FedEx
24  in general or in your department?
25  A   Never called benefits. I don't know the details

```
 1  there is no record of Mr. Savage calling FedEx benefits
 2  and inquiring about this matter.
 3  A    That's correct.
 4  Q    So in the first part of topic 11 where it says
 5  "State in detail the circumstances surrounding
 6  Plaintiff's claim that FedEx inappropriately failed to
 7  suspend his dental, disability, and death benefits
 8  while he was performing military service," you're not
 9  prepared to answer that question because you're -- at
10  least your investigation has found that there's no
11  record of Mr. Savage even calling.  Correct?
12              MR. KNOX:  Object -- I'm going to object
13  to the form of that question.
14              MR. NAPILTONIA:  Okay.  Let me rephrase
15  it.
16              MR. KNOX:  Thank you.
17              MR. NAPILTONIA:  Let me rephrase it.
18  Q    (By Mr. Napiltonia)  Okay.  So it -- topic
19  number 11 says "State in detail the circumstances
20  surrounding Plaintiff's claim that FedEx
21  inappropriately failed to suspend his dental,
22  disability, and death benefits."
23       The circumstances surrounding it, as I understand
24  it from your testimony, is that Mr. Savage never called
25  the benefits center.
```

1  A    That's correct.

2  Q    Or at least it wasn't logged.

3  A    He did not call.

4  Q    All right. So who would log it when an employee
5  calls?

6  A    The agents that are taking those calls.

7  Q    Okay. Did you in -- during your investigation,
8  did you speak to all of the agents that were on duty at
9  the time that Mr. Savage claims that --

10              MR. KNOX: Let me --

11 A    No.

12              MR. KNOX: Hang on just a second.

13              If I can clarify. Because you said in
14 your question during her "investigation." I mean, is
15 that what you meant to say? Because I don't know that
16 she's -- do you mean in preparation for this
17 deposition?

18              MR. NAPILTONIA: Yeah. She's testifying
19 about the topic, so --

20              MR. KNOX: No. That's fine. But you
21 just used the word --

22              MR. NAPILTONIA: Yeah.

23              MR. KNOX: -- "investigation," and I'm
24 wondering --

25              MR. NAPILTONIA: Um-hum.

```
1        STATE OF TENNESSEE    )    C E R T I F I C A T E
                               )
2                              )

3              I, Jill A. Schaffer, Registered
4    Professional Reporter and Notary Public for the State
5    of Tennessee, hereby certify that the witness in the
6    foregoing deposition, MS. LINDA DANIEL, was first duly
7    sworn by me, that the testimony of the witness was
8    written stenographically by me, and that such
9    deposition is a true and accurate record of the
10   testimony given by said witness on the 3rd day of June,
11   2015.
12             I further certify that I am neither
13   related to nor employed by any of the parties to this
14   cause of action or their counsel, nor am I financially
15   interested in the outcome of this matter.
16             I further certify that in order for this
17   document to be authentic it must bear my original
18   signature and embossed notarial seal, that reproduction
19   in whole or in part is not allowed or condoned, and
20   that such reproductions are deemed a forgery.
21             Witness my hand and seal at my office on
22   this the 21st day of June, 2015.
23
24   My Commission Expires:     Jill A. Schaffer, RPR, TN #375
        August 23, 2017         Notary Public at Large for the
25   My License Expires:        State of Tennessee
        June 30, 2016
                             COPY
```