# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| KENNETH E. SAVAGE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FEDERAL EXPRESS | ) |
| CORPORATION | )    2:14-cv-02057-STA-dkv |
| d/b/a FEDEX EXPRESS and FEDEX | ) |
| CORPORATION EMPLOYEES' | ) |
| PENSION PLAN, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Comes now, Plaintiff Kenneth E. Savage, Jr., and files his Second Declaration in support of his Response in Opposition to Defendants' Motion for Summary Judgment (Doc. 97, 99).

        Respectfully submitted,

*/s/  Joseph A. Napiltonia*
Joseph A. Napiltonia (#26881)
Law Office of Joe Napiltonia
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 336-6882
Facsimile: (615) 534-4141
joenapiltonia@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2015 the following document was sent to Defendants via the Court's ECF system:

Terrence Reed, Esq.
J.B. Reafsnyder, Esq.
Federal Express Corporation
3620 Hacks Cross Road, Building B – 3d Floor
Memphis, Tennessee 38125

*Attorney for Defendants*

                                          */s/ Joseph A. Napiltonia*
                                          Joseph A. Napiltonia