**Kenneth E. Savage Jr.**
**Employee #450891**

| Months | Year | Regular Hours | Base Pay phr | A & P Licenses Combined phr | Line Maint. Pay phr | 3rd Shift Pay phr | Total Hourly Rate | Regular Earnings | 20% Adjustment (Paid Lunches, Holiday Pay, O/T (1.5 & 2.0 rate), & Lead Tech Pay) | Total Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AUG 2001 - FEB 2002 | 1,040 | $13.31 | $5.52 | $0.15 | $0.50 | $19.48 | $20,259.20 | $4,254.43 | $24,513.63 |
| 6 | FEB - AUG 2002 | 1,040 | $15.80 | $10.80 | $0.15 | $0.50 | $27.25 | $28,340.00 | $5,951.40 | $34,291.40 |
| 6 | AUG 2002 - FEB 2003 | 1,040 | $16.11 | $10.80 | $0.15 | $0.50 | $27.56 | $28,662.40 | $6,019.10 | $34,681.50 |
| 1 | FEB - MAR 2003 | 120 | $16.42 | $10.80 | $0.15 | $0.50 | $27.87 | $3,344.40 | $702.32 | $4,046.72 |
| 5 | MAR - AUG 2003 | 920 | $16.91 | $10.80 | $0.15 | $0.50 | $28.36 | $26,091.20 | $5,479.15 | $31,570.35 |
| 6 | AUG 2003 - FEB 2004 | 1,040 | $18.42 | $10.80 | $0.15 | $0.50 | $29.87 | $31,064.80 | $6,523.61 | $37,588.41 |
| 1 | FEB - MAR 2004 | 120 | $18.97 | $10.80 | $0.15 | $0.50 | $30.42 | $3,650.40 | $766.58 | $4,416.98 |
| 5 | MAR - AUG 2004 | 920 | $19.72 | $10.80 | $0.15 | $0.50 | $31.17 | $28,676.40 | $6,022.04 | $34,698.44 |
| 6 | AUG 2004 - FEB 2005 | 1,040 | $20.52 | $10.80 | $0.15 | $0.50 | $31.97 | $33,248.80 | $6,982.25 | $40,231.05 |
| 1 | FEB - MAR 2005 | 120 | $21.33 | $10.80 | $0.15 | $0.50 | $32.78 | $3,933.60 | $826.06 | $4,759.66 |
| 5 | MAR - AUG 2005 | 920 | $21.97 | $10.80 | $0.15 | $0.50 | $33.42 | $30,746.40 | $6,456.74 | $37,203.14 |
| 6 | AUG 2005 - FEB 2006 | 1,040 | $23.73 | $10.80 | $0.15 | $0.50 | $35.18 | $36,587.20 | $7,683.31 | $44,270.51 |
| 1 | FEB - MAR 2006 | 120 | $23.73 | $10.80 | $0.15 | $0.50 | $35.18 | $4,221.60 | $886.54 | $5,108.14 |
| 5 | MAR - AUG 2006 | 920 | $24.44 | $10.80 | $0.15 | $0.50 | $35.89 | $33,018.80 | $6,933.95 | $39,952.75 |
| 7 | AUG 2006 - MAR 2007 | 1,160 | $26.51 | $10.80 | $0.15 | $0.50 | $37.96 | $44,033.60 | $9,247.06 | $53,280.66 |
| 12 | MAR 2007 - MAR 2008 | 2,080 | $27.31 | $11.34 | $0.15 | $0.50 | $39.30 | $81,744.00 | $17,166.24 | $98,910.24 |
| 12 | MAR 2008 - MAR 2009 | 2,080 | $28.13 | $12.88 | $0.15 | $0.50 | $41.66 | $86,652.80 | $18,197.09 | $104,849.89 |
| 12 | MAR 2009 - MAR 2010 | 2,080 | $28.13 | $12.88 | $0.15 | $0.50 | $41.66 | $86,652.80 | $18,197.09 | $104,849.89 |
| 12 | MAR 2010 - MAR 2011 | 2,080 | $28.69 | $13.98 | $0.15 | $0.00 | $42.82 | $89,065.60 | $18,703.78 | $107,769.38 |
| 12 | MAR 2011 - MAR 2012 | 2,080 | $29.55 | $14.40 | $0.15 | $0.00 | $44.10 | $91,728.00 | $19,262.88 | $110,990.88 |
| 6 | MAR 2012 - SEP 2012 | 1,160 | $30.44 | $16.12 | $0.15 | $0.00 | $46.71 | $54,183.60 | $11,378.56 | $65,562.16 |
| AUG-DEC | Total Pay 2001 | $20,428.03 | | | | | | | | |
| JAN-DEC | Total Pay 2002 | $67,278.26 | | Average Annual Eligible Earnings Yrs 2003-2007 | $85,701.41 | Average Monthly Eligible Earnings | $7,141.78 | Benefit Accrual Service 7yrs TSP | | |
| JAN-DEC | Total Pay 2003 | $72,721.00 | | | | | | | Total Monthly TSP = | $999.85 |
| JAN-DEC | Total Pay 2004 | $78,906.04 | | | | | | Normal Retirement Benefit = | FedEx Total TSP = | $955.11 |
| JAN-DEC | Total Pay 2005 | $85,560.07 | | | | | | 2% X 7 X $7,141.78 | Difference = | $44.74 |
| JAN-DEC | Total Pay 2006 | $90,496.91 | | | | | | | | |
| JAN-DEC | Total Pay 2007 | $100,823.01 | | | | | | | | |
| | | Total Pay + 20% | | | 5% Per Year | | | | | |
| JAN-DEC | Total Pay 2008 | $103,364.98 | | PPA for 2008 | $5,168.25 | 1% Interest per QTR (x4) | $206.73 | Total PPA for 2008 | $5,374.98 | $5,374.98 |
| JAN-DEC | Total Pay 2009 | $104,849.89 | | PPA for 2009 | $5,242.49 | | $209.70 | Total PPA for 2009 | $5,452.19 | $5,452.19 |
| JAN-DEC | Total Pay 2010 | $107,039.50 | | PPA for 2010 | $5,351.98 | | $214.08 | Total PPA for 2010 | $5,566.05 | $5,566.05 |
| JAN-DEC | Total Pay 2011 | $110,185.50 | | PPA for 2011 | $5,509.28 | | $220.37 | Total PPA for 2011 | $5,729.65 | $5,729.65 |
| JAN-SEP | Total Pay 2012 | $93,309.88 | | PPA for 2012 | $4,665.49 | | $186.62 | Total PPA for 2012 | $4,852.11 | $4,852.11 |
| | | | | | | | | Total PPA as of SEP 2012 | | $26,974.99 |
| | | | | | | | | FedEx Total PPA = | | $24,145.97 |
| | | | | | | | | Difference = | | $2,829.02 |

**EXHIBIT A**

Updated on 10/1/15

**Kenneth E. Savage Jr.**
**Employee #450891**

| Work Weeks | Hours per Week | Months | Year | Regular Hours | Base Pay phr | A & P Licenses Combined phr | Line Maint. Pay phr | 3rd Shift Pay phr | Total Hourly Rate | Regular Earnings | 20% Adjustment (Paid Lunches, Holiday Pay, O/T (1.5 & 2.0 rate), & Lead Tech Pay) | Total Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 40 | 3 | SEP - DEC 2012 | 520 | $30.44 | $16.12 | $0.15 | $0.50 | $47.21 | $24,549.20 | $5,155.33 | $29,704.53 |
| 40 | 40 | 10 | JAN - OCT 2013 | 1,600 | $30.44 | $16.12 | $0.15 | $0.50 | $47.21 | $75,536.00 | $15,862.56 | $91,398.56 |
| 12 | 40 | 2 | OCT - DEC 2013 | 480 | $31.05 | $18.12 | $0.15 | $0.50 | $49.82 | $23,913.60 | $5,021.86 | $28,935.46 |
| 40 | 40 | 10 | JAN - OCT 2014 | 1,600 | $31.05 | $18.12 | $0.15 | $0.50 | $49.82 | $79,712.00 | $16,739.52 | $96,451.52 |
| 12 | 40 | 2 | OCT - DEC 2014 | 480 | $31.98 | $18.66 | $0.15 | $0.50 | $51.29 | $24,619.20 | $5,170.03 | $29,789.23 |
| 31 | 40 | 7 | JAN - JUL 2015 | 1,240 | $31.98 | $18.66 | $0.15 | $0.50 | $51.29 | $63,599.60 | $13,355.92 | $76,955.52 |
| | | | | | | | | | | | | |
| | | SEP-DEC | Total Pay 2012 | $29,704.53 | | PPA for 2012 | $1,485.23 | | $59.41 | | Total PPA for 2012 | $1,544.64 |
| | | JAN-DEC | Total Pay 2013 | $120,334.02 | | PPA for 2013 | $6,016.70 | 1% Interest | $240.67 | | Total PPA for 2013 | $6,257.37 |
| | | JAN-DEC | Total Pay 2014 | $126,240.75 | | PPA for 2014 | $6,312.04 | per QTR (x4) | $252.48 | | Total PPA for 2014 | $6,564.52 |
| | | JAN-JUL | Total Pay 2015 | $76,955.52 | | PPA for 2015 | $3,847.78 | | $153.91 | | Total PPA for 2015 | $4,001.69 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | Total PPA as of JUL 2015 | $18,368.21 |

Updated on 9/27/15

**Kenneth E. Savage Jr.**
**Employee #450891**

| Work Weeks | Hours per Week | Months | Year | Regular Hours | Base Pay p/hr | A & P Licenses Combined p/hr | Line Maint. Pay p/hr | 3rd Shift Pay p/hr | Total Hourly Rate | Regular Earnings | 20% Adjustment (Paid Lunches, Holiday Pay, O/T (1.5 & 2.0 rate), & Lead Tech Pay) | FedEx Earnings | Other Job Earnings | Total Back Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 40 | 3 | SEP - DEC 2012 | 520 | $30.44 | $16.12 | $0.15 | $0.50 | $47.21 | $24,549.20 | $5,155.33 | $29,704.53 | $0.00 | $29,704.53 |
| 40 | 40 | 10 | JAN - OCT 2013 | 1,600 | $30.44 | $16.12 | $0.15 | $0.50 | $47.21 | $75,536.00 | $15,862.56 | $91,398.56 | $0.00 | $91,398.56 |
| 12 | 40 | 2 | OCT - DEC 2013 | 480 | $31.05 | $18.12 | $0.15 | $0.50 | $49.82 | $23,913.60 | $5,021.86 | $28,935.46 | $0.00 | $28,935.46 |
| 40 | 40 | 10 | JAN - OCT 2014 | 1,600 | $31.05 | $18.12 | $0.15 | $0.50 | $49.82 | $79,712.00 | $16,739.52 | $96,451.52 | $36,798.18 | $59,653.34 |
| 12 | 40 | 2 | OCT - DEC 2014 | 480 | $31.98 | $18.66 | $0.15 | $0.50 | $51.29 | $24,619.20 | $5,170.03 | $29,789.23 | $24,470.76 | $5,318.47 |
| 31 | 40 | 7 | JAN - JUL 2015 | 1,240 | $31.98 | $18.66 | $0.15 | $0.50 | $51.29 | $63,599.60 | $13,355.92 | $76,955.52 | $52,377.73 | $24,577.79 |

| | |
|---|---|
| Total FedEx Back Pay | $239,588.15 |
| August and September 2012 military drill weekend duty missed due to termination and deadline to complete GFTP Appeals process. | $1,746.00 |
| Mileage to/from New Orleans versus using FedEx jumpseat privilige for military drill duty (760 miles @ 57.5 cents per mile or 760 x 57.5 = $437.00 per trip X 16 trips). | $6,992.00 |
| Out-of-pocket dental expenses due to loss of dental benefits. | $2,185.00 |
| Reimbursement for the Master Degree class I was taking at the time I was terminated. | $1,445.00 |
| Total Lost Benefits (not including PPA) | $12,368.00 |
| TOTAL DAMAGES (not including PPA) | $251,956.15 |
| TOTAL DAMAGES (Provided under USERRA X2) | $503,912.29 |