## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| **KENNETH E. SAVAGE, JR.,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**FEDERAL EXPRESS** )<br>**CORPORATION** )<br>**d/b/a FEDEX EXPRESS and FEDEX** )<br>**CORPORATION EMPLOYEES'** )<br>**PENSION PLAN,** )<br>)<br>Defendants. ) | 2:14-cv-02057-STA-dkv |

### NOTICE OF FILING

Comes now, Plaintiff Kenneth E. Savage, Jr., and gives notice of filing the Declaration of Joseph A. Napiltonia.

Respectfully submitted,

/s/ *Joseph A. Napiltonia*
Joseph A. Napiltonia (#26881)
Law Office of Joe Napiltonia
219 Third Avenue North
Franklin, Tennessee 37064
Phone: 614-734-1199
Fax: 615-534-4141
joenapiltonia@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2015, the following document was sent to Defendants via the Court's ECF system:

Terrence Reed, Esq.
J.B. Reafsnyder, Esq.
Federal Express Corporation
3620 Hacks Cross Road, Building B – 3d Floor
Memphis, Tennessee 38125

*Attorney for Defendants*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph A. Napiltonia*
　　　　　　　　　　　　　　　　　　　　　　Joseph A. Napiltonia