

Joe Nap <joenapiltonia@gmail.com>

## Supplement to Plaintiff's Discovery (Savage v. FedEx)
1 message

**Joe Nap** <joenapiltonia@gmail.com>  Tue, Jul 28, 2015 at 3:38 PM
To: Terrence Reed <terrence.reed@fedex.com>

Terrence,

See the attached three Excel sheets, which is a supplement to Plaintiff's discovery regarding his damages calculations in addition to the over one hour we spent today going over these sheets.

If your client requires something more formal, let me know.

Sincerely,

--
Joseph A. Napiltonia, Esq.
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenapiltonia@gmail.com

---

**3 attachments**

 **1-Gene Savage FedEx backpay SEP2012-JUL2015-5.xlsx**
13K

 **2-Gene Savage FedEx PPA backpay SEP2012-JUL2015.xlsx**
12K

 **3-Gene Savage FedEx TSP & PPA - AUG2001 to SEP2012-2.xlsx**
15K

**EXHIBIT A**