```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF TENNESSEE

 3                       MEMPHIS DIVISION

 4    _____

 5   KENNETH E. SAVAGE, JR.,           )
                                       )
 6        Plaintiff,                   )
                                       )
 7   VS.                               )2:14-cv-02057-STA-dkv
                                       )
 8   FEDERAL EXPRESS CORPORATION       )
     d/b/a FEDEX EXPRESS, FEDEX        )
 9   CORPORATION EMPLOYEES' PENSION)
     PLAN, FEDEX CORPORATION           )
10   RETIREMENT SAVINGS PLAN,          )
                                       )
11        Defendants.                  )

12    _____

13

14                  VIDEOTAPE DEPOSITION

15                          OF

16               KENNETH E. SAVAGE, JR.

17

18                     JUNE 1, 2015

19

20

21

22

23

24

25
```





EXHIBIT

800.211.DEPO (3376)
EsquireSolutions.com

```
 1                         STIPULATIONS

 2

 3              The videotape deposition of Kenneth E.

 4   Savage, Jr., is taken on this, the 1st day of June,

 5   2015, on behalf of the Defendants, pursuant to

 6   notice and consent of counsel, beginning at

 7   approximately 9:25 a.m. in the offices of FedEx

 8   Express, 3620 Hacks Cross Road, Building B, Third

 9   Floor, Memphis, Tennessee  38125.

10              This deposition is taken pursuant to the

11   terms and provisions of the Federal Rules of Civil

12   Procedure.

13              The signature of the witness is waived.

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                A P P E A R A N C E S

 2

 3

 4   ON BEHALF OF THE PLAINTIFF:

 5                     JOSEPH A. NAPILTONIA, ESQ.
                      HARDEE, MARTIN & DONAHOE, P.A.
 6                     219 Third Avenue North
                      Franklin, Tennessee  37064
 7                     Phone: (615) 734-1199
                      joenap@navyseallawyer.com
 8

 9   ON BEHALF OF THE DEFENDANTS:

10                     DAVID P. KNOX, ESQ.
                      FEDEX EXPRESS
11                     3620 Hacks Cross Road
                      Building B
12                     Third Floor
                      Memphis, Tennessee  38125
13                     Phone: (901) 434-9279
                      david.knox@fedex.com
14

15                     TERRENCE O. REED, ESQ.
                      FEDEX EXPRESS
16                     3620 Hacks Cross Road
                      Building B
17                     Second Floor
                      Memphis, Tennessee  38125
18                     Phone: (9901) 434-8603
                      terrence.reed@fedex.com
19

20   ALSO PRESENT:

21

22                     Todd Davis, videographer

23

24

25
```



KENNETH E. SAVAGE, JR.                                                    June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                                          4

```
 1                   E X A M I N A T I O N   I N D E X

 2

 3

 4      KENNETH E. SAVAGE,

 5      Examination By Mr. Knox                       5

 6      Examination By Mr. Napiltonia              290

 7      Examination By Mr. Knox                    331

 8      Examination By Mr. Napiltonia              350

 9

10                       E X H I B I T S

11      Exhibit No. 1                      20
        Exhibit No. 2                      94
12      Exhibit No. 3                     100
        Exhibit No. 4                     118
13      Exhibit No. 5                     129
        Exhibit No. 6                     134
14      Exhibit No. 7                     139
        Exhibit No. 8                     144
15      Exhibit No. 9                     180
        Exhibit No. 10                    189
16      Exhibit No. 11                    199
        Exhibit No. 12                    206
17      Exhibit No. 13                    208
        Exhibit No. 14                    212
18      Exhibit No. 15                    221
        Exhibit No. 16                    222
19      Exhibit No. 17                    230
        Exhibit No. 18                    231
20      Exhibit No. 19                    232
        Exhibit No. 20                    238
21      Exhibit No. 21                    239
        Exhibit No. 22                    246
22      Exhibit No. 23                    265
        Exhibit No. 24                    266
23      Exhibit No. 25                    279
        Exhibit No. 26                    306
24      Exhibit No. 27                    317
        Exhibit No. 28                    352
25
```



KENNETH E. SAVAGE, JR.                                    June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                        60

```
1        A     Yes, sir.

2        Q     When you moved to the day shift, did your

3    management structure change?

4        A     I can't recall, but I seem to remember

5    Troy moved to day shift as well.  And I believe I

6    retained Troy as my manager.  I want to say that is

7    true --

8        Q     Okay.

9        A     -- to the best of my recollection.

10       Q     That is fine.

11             Do you recall having any manager

12   other than Dana Jones or Troy Turnipseed as your

13   direct supervisor?

14       A     Bill Sallas was my manager when I very

15   first got to the company, like, back in the 2001

16   timeframe.  I think it was Bill Sallas.

17       Q     Okay.  And he was your manager from your

18   date of hire until --

19       A     Until Dana Jones became a manager, I

20   think.

21       Q     Okay.  So if I look at your management

22   structure from the time you were hired until the

23   time you left the company, it would be Bill Sallas,

24   then Dana Jones, then Troy Turnipseed.

25             And to the best of your recollection
```



1    as you sit here today, nobody else in terms of

2    direct managers.  Is that right?

3         A    No, sir.  I can't remember anybody else.

4         Q    Okay.

5         A    Yes.  That is correct.

6         Q    That's correct.  Okay.  Thank you.

7         A    Yes, sir.

8         Q    I was wondering.  You said you noticed

9    your pension wasn't the same as these other

10   individuals, and you can't remember who they were.

11   Right?

12        A    Yes, sir.

13        Q    And this is in the 2012 timeframe.

14        A    Yes, sir.

15        Q    How did you notice that your pension

16   wasn't the same as theirs?

17        A    Through conversations.

18        Q    Is that it?

19        A    Yes, sir.

20        Q    Did you review any documents?

21        A    No, sir.

22        Q    You didn't see their pension statements?

23        A    No, sir.

24        Q    Do you have access to any kind of

25   information like that on-line?



1    manager over Troy Turnipseed and Matt Wickens and

2    that group.  Is that right?

3        A    He is the HR rep for our department.

4        Q    Okay.  So Tommy Lott is the HR

5    representative, would it be fair to say, for all the

6    aircraft mechanics on the avionics line?

7        A    I believe that was his title.  Yes, sir.

8        Q    Okay.  So he had HR responsibilities for

9    your entire group.

10       A    Yes, sir.

11       Q    But then, in terms of individual employees

12   or individual mechanics, there would be groups of

13   you that reported to certain managers.  Right?

14       A    Yes, sir.

15       Q    Okay.  Okay.  Who did Troy Turnipseed and

16   Matt Wickens and Dana Jones and all of that group --

17   who did they report to?

18       A    We had several senior managers at my time

19   at Avionics line.  Mike Anello -- I think I am

20   pronouncing that correctly.  He was the senior

21   manager towards the end of my tenure here.

22                   And Maureen Patton or -- Patton, I

23   think.  She had been the director of maintenance for

24   quite some time.  And then my next person in my

25   chain-of-command was Scott Ogden and Greg Hall.  And



```
 1    I think Larry Halp was above Mr. Hall, I believe.
 2              And that is -- that is really -- as
 3    far as management goes, that is all I know.
 4         Q    Okay.  So that is your vertical
 5    chain-of-command.  Right?
 6         A    Yes, sir.
 7         Q    Okay.  You say Mike Anello was your senior
 8    manager there at the end.
 9         A    Yes, sir.
10         Q    Who was your senior manager before Mike
11    Anello?
12         A    Gosh.  I can't remember his name.
13         Q    You don't recall?
14         A    I don't recall, sir.
15         Q    That is fine.
16         A    Patrick somebody.  Patrick.  I can't
17    remember his last name.
18         Q    Okay.  Well, if it comes to you later on,
19    just let me know.
20         A    Yes, sir.
21         Q    Going back to your Vanguard account, you
22    said it was wrong, too.
23         A    Yes, sir.
24         Q    What was wrong with your Vanguard account?
25         A    Well, when we started, like I said,
```



1    Pablo Melgar, and Will McGowans.

2         A     Correct.

3         Q     Okay.  And we have already talked about

4    Alonzo Smith, and we have his deposition.  Right?

5         A     Right.

6         Q     What do you know about Pablo Melgar?

7         A     Pablo was actually -- at the time had

8    transferred to Miami.  He and I went to college

9    together at Embry-Riddle while working at FedEx, and

10   I had heard that he had, you know, been in trouble

11   with the shipping violation.

12              And I called him immediately after

13   being suspended, and he basically told me that, you

14   know, he had been terminated back in May of 2012 for

15   a shipping violation -- shipping policy violation

16   and GFTed it on the second time and got his job

17   back.

18              And he basically told me that his

19   situation was he had an unauthorized use of his

20   shipping benefit and that that is the violation he

21   had.

22        Q     Did he explain what kind of unauthorized

23   use?

24        A     Yes.  He told me that he had let a

25   girlfriend use his shipping account to ship some



1  items, and that is what was called into question.

2       Q    Any idea how many items he had shipped?

3       A    It was several, but I don't think the

4  quantity was the issue.  I think it was the fact

5  that he didn't -- he let somebody use his account.

6  That was the issue.

7       Q    Okay.

8       A    That is what he told me, and that is what

9  FedEx had told him, I think.

10      Q    Was he in Miami at the time?

11      A    Yes, sir.

12      Q    Do you know who he reported to?

13      A    Dana Jones.

14      Q    So Dana Jones was in Miami in 2012?

15      A    He had evidently gotten transferred down

16  there.

17      Q    So everything you know about Pablo Melgar

18  is based on what he told you?

19      A    Yes, sir.

20      Q    Okay.

21      A    He actually helped me with my GFT because

22  he had done two of them himself, and it hadn't been

23  but several months prior.

24      Q    Okay.

25      A    He was a really big help in explaining the



KENNETH E. SAVAGE, JR.                                                June 01, 2015
SAVAGE VS FEDERAL EXPRESS                                                    354

```
1                    C E R T I F I C A T E

2


3    STATE OF TENNESSEE:
     COUNTY OF SHELBY:
4


5           I, Takiyah Sanders, Court Reporter and
     Notary Public, Shelby County, Tennessee, CERTIFY:
6
            The foregoing proceedings were taken
7    before me at the time and place stated in the
     foregoing styled cause with the appearances as
8    noted.

9           Being a Court Reporter, I then reported
     the proceeding in Stenotype, and the foregoing pages
10   contain a true and correct transcript of my said
     Stenotype notes then and there taken.
11
            I am not in the employ of and am not
12   related to any of the parties or their counsel, and
     I have no interest in the matter involved.
13
            I FURTHER CERTIFY that this transcript is
14   the work product of this court reporting agency and
     any unauthorized reproduction and or transfer of it
15   will be in violation of Tennessee Code Annotated
     39-14-104, Theft of Services.
16
            Witness my signature, this 14th day
17   of June, 2015.

18

19   Takiyah Sanders, CSR, LCR
     License No. 486
20

21

22

23

24

25
```

