IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

---

KENNETH E. SAVAGE, JR.,

    PLAINTIFF,

VS.                  NO. 2:14-cv-02057-STA-dkv

FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS, FEDEX
CORPORATION EMPLOYEES' PENSION
PLAN, FEDEX CORPORATION RETIREMENT
SAVINGS PLAN,

    DEFENDANTS.

---

DEPOSITION

OF

JOFFRE DISABATINO

FEBRUARY 13, 2015

TAMMY WENDEL, LCR, CCR
4735 Beech Bluff Road
Beech Bluff, Tennessee 38313
(C) 731-935-9960   (O) 731-935-0094
wendel.reporting@gmail.com



EXHIBIT B

2

```
 1              The deposition of JOFFRE DISABATINO
 2   is taken on this, the 13th day of February,
 3   2015, on behalf of the Plaintiff, pursuant to
 4   notice and consent of counsel, beginning at
 5   approximately 9:16 a.m. at FedEx World
 6   Headquarters, 3620 Hacks Cross Road, Building
 7   B, Memphis, Tennessee.
 8              This deposition is taken pursuant to
 9   the terms and provisions of the Tennessee Rules
10   of Civil Procedure.
11              All forms and formalities, including
12   the signature of the witness, are waived, and
13   objections alone as to matters of competency,
14   irrelevancy and immateriality of the testimony
15   are reserved to be presented and disposed of at
16   or before the hearing.
17
18
19
20
21
22
23
24
```

```
 1                A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4         JOSEPH NAPILTONIA
           ATTORNEY AT LAW
 5         22515 BANISTER
           SAN ANTONIO, TEXAS   78259
 6         615.336.6882

 7

 8    ON BEHALF OF THE DEFENDANTS:

 9         DAVID P. KNOX
           FEDEX EXPRESS
10         SENIOR COUNSEL-LITIGATION
           3620 HACKS CROSS ROAD
11         BUILDING B, THIRD FLOOR
           MEMPHIS, TENNESSEE   38125
12         901.434.6286

13

14    ALSO PRESENT:

15         KENNETH E. SAVAGE, JR.

16

17

18

19

20

21

22

23

24
```

1                          I N D E X

2

    Direct Examination
3       By Mr. Napiltonia............................5

4   Cross Examination
        By Mr. Knox................................45
5

6

7

8

9

10
                           E X H I B I T S
11

12
    Exhibit 12 Communications Committee
13             Meeting Minutes
               September 24-26, 2012..............45
14
    Exhibit 13 E-mail Correspondence
15             Between Disabatino & Savage........45

16

17

18

19

20

21

22
                                                    PAGE
23
    COURT REPORTER'S CERTIFICATE...................47
24

```
 1  that changed.
 2       Q.   I mean, where do you find that
 3  document at?
 4       A.   It would be -- no, it would be in the
 5  policy, wherever the policy is, and they're all
 6  on-line now.
 7       Q.   In 2012, were they on-line?
 8       A.   I believe they were.
 9       Q.   Okay.
10       A.   I -- I -- I think they might have --
11  we might have had -- I don't know if there was
12  any hard copies at that time.  They probably
13  all were electronic.
14       Q.   Do you remember any other FedEx
15  employees being disciplined, to include
16  termination, for violating the Reduced Rate
17  Shipping Policy at FedEx in the entire time
18  that you've been employed there?
19       A.   Yes.
20       Q.   Who do you recall being disciplined?
21       A.   Pablo Melgar.  I think that's how you
22  say his last name.
23       Q.   Okay.  Who else?
24       A.   That's it.
```

1  Q.  What was the issue with Pablo Melgar?
2  A.  I -- I can't answer that. I'm not --
3  Q.  You don't know the specifics?
4  A.  I would not speculate on the
5  specifics with him or anybody.
6  Q.  I don't want you to speculate. Tell
7  me what you recall hearing. I'm not asking you
8  to speculate, just what -- you know, talk over
9  the water cooler in the shop. What do you
10 recall people saying about Pablo and the
11 Reduced Rate Shipping Policy?
12 A.  I'm not so sure I'd like to discuss
13 that. I don't have -- obviously, I -- I don't
14 know if I -- do I have to answer that?
15          MR. KNOX:  He asked you a question
16      about, you know, what you heard, so, yes,
17      if you can recall anything that you
18      heard, then answer the question and tell
19      him what you heard.
20          THE WITNESS:  Okay.
21 A.  Over the water cooler, I might have
22 heard that Pablo's girlfriend shipped a package
23 internationally.
24 Q.  And what ended up happening with

1   MR. NAPILTONIA: ComCom Meeting
2   Minutes from September 24th.
3   (WHEREUPON, EXHIBIT NO. 12 WAS MARKED
4   TO THE TESTIMONY OF THE WITNESS AND IS
5   ATTACHED HERETO.)
6   MR. NAPILTONIA: And make that e-mail
7   from September 23rd the next exhibit to
8   the deposition.
9   (WHEREUPON, EXHIBIT NO. 13 WAS MARKED
10  TO THE TESTIMONY OF THE WITNESS AND IS
11  ATTACHED HERETO.)
12  MR. KNOX: And those are Exhibits 12
13  and 13, respectively.
14  COURT REPORTER: Yes.
15  MR. KNOX: Anything else?
16  MR. NAPILTONIA: No.
17  MR. KNOX: Okay.
18  CROSS-EXAMINATION
19  BY MR. KNOX:
20  Q.  One quick followup question, Mr.
21  Disabatino. Plaintiff's counsel asked you some
22  questions about the termination and
23  reinstatement of Pablo Melgar. Do you remember
24  him asking you those questions?

1       A.   Yes.
2       Q.   And I believe you stated that the
3  information you gave that was, I think what you
4  called or referred to as just water-cooler
5  talk; is that right?
6       A.   That's correct.
7       Q.   Were you involved in the
8  investigation of Pablo Melgar's supposed
9  shipping violation?
10      A.   No.
11      Q.   Were you involved in his GFT?
12      A.   No.
13      Q.   Were you involved in the decision to
14 terminate or reinstate his employment?
15      A.   No.
16      MR. KNOX:   Nothing further.
17      MR. NAPILTONIA:   Nothing.
18
19      (WHEREUPON, THE PROCEEDINGS WERE
20 CONCLUDED AT APPROXIMATELY 10:17 A.M.)
21
22      (AND FURTHER DEPONENT SAITH NOT.)
23
24      (SIGNATURE WAIVED)

47

C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF MADISON:

       I, TAMMY W. WENDEL, LCR, and Notary Public, Madison County, Tennessee, CERTIFY:

       The foregoing proceedings were taken before me at the time and place stated in the foregoing styled cause with the appearances as noted.

       Being a Court Reporter, I then reported the proceeding in Stenotype, and the foregoing pages contain a true and correct transcript of my said Stenotype notes then and there taken.

       I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

       I further certify that in order for this document to be considered a true and correct copy, it must bear my original signature and that any reproduction in whole or in part of this document is not authorized and not to be considered authentic. Unauthorized reproduction and/or transfer will be in violation of Tennessee Code Annotated 39-14-149, Theft of Services.

       Witness my signature this the _____ day of _____, 2015.

                         _____
                         TAMMY W. WENDEL, LCR

Notary Public at Large
For the State of Tennessee
My Commission Expires:
February 24, 2016