IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **KENNETH E. SAVAGE, JR.,**               ) | |
| )                                                                      | |
| Plaintiff,               ) | |
| v.               ) | |
| )                                                                      | |
| **FEDERAL EXPRESS CORPORATION**   ) | No. 2:14-cv-02057-STA-dkv |
| **d/b/a FEDEX EXPRESS and FEDEX**      ) | |
| **CORPORATION EMPLOYEES'**               ) | |
| **PENSION PLAN,**               ) | |
| )                                                                      | |
| **Defendants.**               ) | |
| _____)     | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE NO. 3

Comes now, Plaintiff Kenneth E. Savage, Jr., and files his response to Defendants' Motion in Limine No. 3 (Doc. 109) in which Defendants seek to preclude, under Rules 402 and 403 of the Federal Rules of Evidence, testimony, evidence, and argument pertaining to a stray remark by Troy Turnipseed.

Plaintiff does not object to Defendants' Motion in Limine No. 3.

Respectfully submitted,

*/s/ Joseph A. Napiltonia*
Joseph A. Napiltonia (#26881)
Law Office of Joe Napiltonia
219 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 734-1199
Facsimile: (615) 534-4141
joenapiltonia@gmail.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which should send such notification to the named party below:

Terrence Reed, Esq.
J.B. Reafsnyder, Esq.
Federal Express Corporation
3620 Hacks Cross Road, Building B – 2d Floor
Memphis, Tennessee 38125

*Attorneys for Defendants*

                                                     */s/ Joseph A. Napiltonia*
                                                   Joseph A. Napiltonia