UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **KENNETH E. SAVAGE** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **FEDERAL EXPRESS CORPORATION d/b/a FEDEX EXPRESS, FEDEX CORPORATION EMPLOYEE'S PENSION PLAN, FEDEX CORPORATION RETIREMENT SAVINGS PLAN** | **CASE NO: 14-2057-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendants' Motion For Summary Judgment entered on February 11, 2016, this cause is hereby dismissed.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 2/11/2016

                                                                 THOMAS M. GOULD
                                                                 **Clerk of Court**

                                                                 s/Terry L. Haley
                                                              (By)  **Deputy Clerk**