IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| **KENNETH E. SAVAGE, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **FEDERAL EXPRESS CORPORATION** | ) | 2:14-cv-02057-STA-dkv |
| **d/b/a FEDEX EXPRESS and FEDEX** | ) | |
| **CORPORATION EMPLOYEES'** | ) | |
| **PENSION PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3, Plaintiff Kenneth E. Savage, Jr. hereby gives notice that he appeals to the United States Court of Appeals for the Sixth Circuit this Court's:

(1) February 10, 2016 Order Granting Defendants' Motion for Summary Judgment (Doc. 122), and

(2) July 15, 2015 Order (Doc. 85) affirming the Magistrate Judge's Order denying the motion to extend the written discovery deadline.

                                                                     Respectfully submitted,

                                                                     */s/ Joseph A. Napiltonia*
                                                                     Joseph A. Napiltonia (#26881)
                                                                     Law Office of Joe Napiltonia
                                                                     219 Third Avenue North
                                                                     Franklin, Tennessee 37064
                                                                     Telephone: (615) 336-6882
                                                                     Facsimile: (615) 534-4141
                                                                     joenapiltonia@gmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2016, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which should send such notification to the named party below:

Terrence Reed, Esq.
J.B. Reafsnyder, Esq.
Federal Express Corporation
3620 Hacks Cross Road, Building B – 3d Floor
Memphis, Tennessee 38125

*Attorneys for Defendants*

*/s/ Joseph A. Napiltonia*
Joseph A. Napiltonia